

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-25-00279-CV

**IN RE TOYOTA MOTOR MANUFACTURING TEXAS, INC.**

**ORDER**[1]

On May 28, 2024, relator filed a notice of interlocutory appeal. On May 14, 2025, after determining relator was not entitled to an interlocutory appeal, we dismissed relator's appeal and construed its pleadings as a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. 52.8(a).

It is so **ORDERED** on July 16, 2025.

H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

Caitlin A. McCamish, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2023-CI-2553, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.